UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>HILLS OF CORONA OWNER LLC,<br><br>  Defendant. | Case No. 5:25-cv-01598-SB-RAO<br><br>ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION |

    Plaintiffs filed their complaint against Defendant Hills of Corona Owner LLC on June 26, 2025. On August 26, 2025, Plaintiffs served Defendant. *See* Dkt. No. 14. Defendant failed to timely respond, and Plaintiffs have not sought entry of default against Defendant. Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than October 15, 2025, why their claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 15, 2025, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: October 8, 2025

                                                Stanley Blumenfeld, Jr.
                                               United States District Judge